**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**TRIOSIM CORPORATION,**

     **Plaintiff,**

**VS.**                              **CAUSE NO: 4:20-cv-00395-LPR**

**A DALE DRAKE,**

     **Defendant.**

---

## AGREED FINAL ORDER RESOLVING ALL CLAIMS

---

This matter came on to be heard upon the Minutes of a Settlement Conference before Magistrate Judge Beth Deere held March 2, 2021, reporting a settlement between the parties, pursuant to which Plaintiff Triosim Corporation and Defendant A. Dale Drake have requested the Court to enter this Agreed Final Order Resolving Claims, upon the parties' Settlement Agreement attached hereto as **Exhibit A,** and upon the entire record in this cause, based upon all of which the Court finds that the parties have agreed to settle this civil action, conditioned upon the Court granting the following relief jointly sought by the parties:

Defendant is ORDERED:

**1.**    **Injunction.**

Mr. Drake is enjoined as follows: Until June 5, 2024, Mr. Drake may not:

    a.   Directly or indirectly, either individually or as an agent, employee, partner, member, stockholder or seller, or in any other capacity solicit any Customer or Prospect of Triosim for the purpose of providing or seeking to provide to such

Customer or Prospect, all of which are listed on the **<u>Exhibit B</u>** attached hereto, any products or services of a character which is provided by Triosim; provide or seek to provide to any Customer or Prospect of Triosim any trade or business which is competitive with the business of Triosim; or render any assistance to a competitor of Triosim in soliciting any such Customer or Prospect for providing any trade, business, product and/or service which is competitive with the business of Triosim.

b.   Directly or indirectly cause, or seek to cause, any customer or supplier of Triosim to terminate or otherwise discontinue, or to reduce the volume of the customer's or supplier's business with Triosim or render any assistance to a competitor of Triosim for such purpose. Triosim's competitors are numerous, but generally may be described as including original equipment manufacturers of drums and related equipment, local contractors (frequently based near Competitors and numbering in the hundreds) with limited technical knowledge of drum manufacturing and service; no one company occupies Triosim's niche in the drum market other than, possibly, West Coast PreFab and its related businesses and employees.

c.   Directly or indirectly, engage or invest in, own, manage, operate, finance, control or participate in the ownership, management, operation, financing or control of, be employed by, associated with or in any manner connected with, or render services or advice or other aid to, or guarantee any obligation of, any person who or which is engaged in or is planning to become engaged in, anywhere in the United States or Canada, any business whose products or services compete, in whole or in part, directly or indirectly, with Triosim's products or services at any time.

d.   Directly or indirectly, solicit the business of any customer of Triosim with respect to products or services which compete in whole or in part or directly or indirectly with any products or services of Triosim.

e.   Disparage Triosim, the assets Triosim purchased from Southern, the business formerly conducted by Southern, the business conducted by Triosim, or any owner, officer, employee, or agent of Triosim.

f.   Directly or indirectly, either individually or as an agent, employee, partner, member, shareholder, or in any other capacity, use, disclose, copy or reproduce or cause to be used, disclosed, copied or reproduced any Confidential Information[1] acquired by Mr. Drake or Triosim's predecessor Southern

---

[1] "Confidential Information" in the context of this paragraph only shall include, but not be limited to, the following: (1) Triosim's predecessor Southern's customer records, names of vendors, profit and performance reports, prices, selling and pricing procedures and techniques, and financing methods; (2) Southern's customers lists and information pertaining to identities of Southern's customers, their special demands, and their past, current and anticipated requirements for Southern's products or services; (3) specifications, procedures, processes, techniques, manuals and all other information pertaining to products or services of Southern or of others for which Southern has assumed an obligation of confidentiality; (4) Southern's plan, accounting records, financial statements and information, and

Specialty Services, Inc. ("Southern") at any time, and regardless of the fact that Mr. Drake may have participated in the discovery or development of such Confidential Information.

g.  Until such time as Triosim's process and method for refurbishing/rebuilding washer drums loses its status as a Trade Secret, Mr. Drake may not directly or indirectly, either individually or as an agent, employee, partner, member, shareholder or seller, or in any other capacity, use or disclose, or cause or allow to be used or disclosed, any Trade Secrets of Triosim.

h.  The definition of Trade Secret for purposes of this Injunction shall mean information (including a formula, pattern, compilation, program, device, method, technique or process) which: (1) derives independent economic value, actual or potential, from not being generally known to, and not being readily ascertainable by proper means by, other persons who can obtain economic value from its disclosure or use; and (2) is the subject of efforts to maintain its secrecy that are reasonable under the circumstances.

i.  The Triosim process and method for refurbishment/rebuilding of washer drums, including all constituent parts of the process and method, are considered a Trade Secret for purposes of this Injunction. The Triosim process and method includes but is not limited to (i) design specifications, fiberglass formulas, piping designs, materials specifications, and flow/draining calculations, (ii) the, collection, correction or use of design, condition, and tolerances to enhance a washer drum's operations, and (iii) washer drum inspections, design, construction, and repairs.

j.  Assisting West Coast (or any other entity) in any way with using, understanding, learning, applying, marketing, or relying on all or part of the Triosim process and method for refurbishing/rebuilding washer drums will constitute a violation of this portion the Injunction.

k.  Soliciting customers for West Coast, or assisting West Coast with obtaining customers, will constitute a violation of this portion the Injunction if Mr. Drake knows or has reason to know that West Coast will service those customers using all or part of the Triosim process and method for refurbishing/rebuilding washer drums. The same goes for any other entity.

l.  Mr. Drake may not unilaterally decide if all or part of the aforementioned process and method has lost its status as a Trade Secret. If Mr. Drake believes that has occurred, or if he believes that a part of the process discussed above was never a Trade Secret to begin with, Mr. Drake must come back to the Court

---

projections, (5) personal and employment record of Southern employees, and (6) information relating to Southern's business methods, business practices, business concepts, information, data, reports, recordings and videos, compilations, research, know-how, technology, analyses, notes, interpretations, forecasts, records, documents, agreements, methods, inventions or idea.

and ask the Court to lift or revise its Injunction for that specific reason.

m.  Mr. Drake may not, directly or indirectly, use or disclose, or cause or allow to be used or disclosed, any of Triosim's Trade Secrets (that is, the information described in the following ordering clauses, which include formulas, patterns, compilations, programs, devices, methods, techniques or processes used in the maintenance or rebuilding of equipment used in integrated pulp and paper mills to clean and bleach paper pulp) at any time, and regardless of the fact that an Owner may have participated in the discovery or development of such Trade Secret.

n.  Drake may not enter a pulp and paper plant.

o.  Drake may not discuss pulp and paper operations with any person in the pulp and paper industry other than Triosim and its agents, his attorneys, and as necessary to carry out the terms of the Settlement agreement but liquidated damages shall be limited to $60,000, notwithstanding sub paragraph u. below.

p.  Drake may not consult with or work for any business entity which provides services to or engages in the pulp and paper industry.

q.  Drake must report any employment to Triosim within one calendar week of agreeing to accept such employment and will advise such employer of the existence of his obligation not to compete with Triosim. Upon receiving notice of Drake's potential employment Triosim shall notify Drake in writing within one calendar week if it objects to the employment as a violation of the parties' Settlement Agreement or this Final Order.

r.  As any violation of the foregoing will damage Triosim in an amount which is difficult to qualify, in the event of such a violation, Drake will be liable to Triosim in the amount of $250,000 per violation.

s.  In the event of litigation regarding the enforcement, construction, meaning or intent of the Settlement Agreement, the prevailing party shall be entitled to reimbursement for its attorney's fees and expenses incurred in such litigation.

## 2.  Settlement Agreement

The Parties' Settlement Agreement executed June 25, 2021 (the "Settlement Agreement"), is incorporated herein.

## 3.  Cooperation in Canadian Litigation

Drake has agreed to reasonably cooperate with Triosim in collecting that certain Promissory Note made in favor of Drake by West Coast Pre Fab, Ltd. And as described more fully in the Settlement Agreement referenced above.

      a.   If he has not done so already, Drake shall assign the West Coast Note to Triosim in accordance with the terms of the Settlement Agreement.[2]

**4.**      **Dismissal of Damage Claims**

All claims Triosim raised against Drake in its Complaint and other papers are dismissed with prejudice except as ordered otherwise in Paragraph 1 above.

The Court retains jurisdiction over the Parties to enforce the terms of the Injunction and the Settlement Agreement referenced herein.

SO ORDERED:

This, the 4th day of November, 2021.


_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE


Approved and agreed:

| | |
|---|---|
| Adams and Reese LLP | Hyden, Miron & Foster, PLLC |
| 6075 Poplar Ave. Suite 700 | 557 Locust Street |
| Memphis, TN 38119 | Conway, AR 72034 |
| Telephone: (901) 524-5271 | Telephone: (501) 336-8822 |
| henry.shelton@arlaw.com | guy.murphy@hmflaw.net |

| | |
|---|---|
| By: _/s/ Henry C. Shelton, III_ | By: _/s/ Guy W. Murphy_ |
| Henry C. Shelton, III (2010-15) | Guy W. Murphy (85-115) |
| _Attorneys for Triosim Corporation_ | _Attorneys for Defendant_ |

---

[2] The Court wishes to note that its entry of this Agreed Final Order does not mean the Court takes any position one way or the other as to the legality or enforceability of the assignment under applicable law. The Court has not researched that issue and is not prepared to take a position on that issue.

**<u>EXHIBIT A</u>**
**SETTLEMENT AGREMENT**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TRIOSIM COPORATION,**

     **Triosim,**

**VS.**                                                                                   **CAUSE NO: 4:20-cv-00395-LPR**

**A DALE DRAKE,**

     **Defendant.**

---

## SETTLEMENT AGREEMENT

---

This Settlement Agreement and Mutual Release (the "Agreement") is made and entered into by and among Triosim Corporation ("Triosim"), and A. Dale Drake ("Drake") (Triosim and Drake are referred to collectively as the "Parties"). The Parties set forth the following Recitals and Agreement as follows:

### RECITALS

A.     On or about June 11, 2015, Triosim and Drake entered into a series of agreements between each other and other parties, including an Asset Purchase Agreement ("APA"), a Bill of Sale & Assignment of Personal Goodwill (the "Bill of Sale"), an Employment Agreement between Triosim and Drake (the "Employment Agreement"), and a Non-Competition and Confidentiality Agreement between Triosim and Drake and other persons (the "Non-Compete" and, jointly, the "Transaction Documents").

B.     Triosim employed Drake pursuant to the Employment Agreement from June 15, 2015, until December 31, 2019.

C.     On or about March 16, 2016, Drake loaned West Coast Pre Fab Ltd., a company organized and operating under the laws of the Province of British Columbia, Canada, $1,000,000, evidenced by a Promissory Note of that date (the "Note").

D.   On or about April 13, 2020, Triosim filed a civil action against Drake in the United States District Court for the Eastern District of Arkansas styled *Triosim Corporation v. A. Dale Drake*, and docketed by the Clerk of that Court as 4:20-cv-00395-LPR (the "Civil Action").

E.   On June 1, 2020, the Court entered an Order in the Civil Action, docketed as #27. On pages 34-38 of the Order, the Court issued a temporary restraining order and preliminary injunction (the "Preliminary Injunction"), which became effective on June 5, 2020, pending further orders in the Civil Action.

F.   The Parties desire to compromise and settle all issues arising in the Civil Action.

The Hon. Beth Deere, United States Magistrate Judge, conducted a settlement conference among the parties on March 2, 2021, at which time the parties reached an agreement to settle the issues raised in the Civil Action.

NOW, THEREFORE, in consideration of the foregoing Recitals, along with the mutual covenants, promises and undertakings set forth herein, and for good and valuable consideration, the mutual receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

## AGREEMENT

1.   **Mutual Releases.**

a.   Triosim, together with Southern Specialties and all other related entities of Triosim (collectively, the "Triosim Settlors") hereby release and forever discharge Drake ("Released Party") of and from any and all manner of liability, actions, claims, causes of action, defenses, assertions of offset, counterclaims, and demands whatsoever, whether known or unknown, fixed or contingent, liquidated or unliquidated (collectively, the "Claims"), that were or could have been asserted in the Action, or on account of or arising out of any transactions or dealings with respect to the Transaction Documents from the beginning of time to and including the Effective Date, including, without limitation, any Claims under any state or federal theory of recovery against Drake based on lender liability, breach of duty, breach of contract, fraud, misrepresentation, promissory estoppel, control, a claim of a fiduciary relationship, or based on any act, omission or representation of Drake and further including any Claims related to or arising from the continuing or future effects that result from actions, practices, or policies that took place or were in effect prior to the Effective Date, ***provided, however,*** that this release shall not affect any rights, duties or obligations imposed upon or assumed by Drake under this Agreement or the Agreed Order described herein.

2

b.  Drake hereby releases and forever discharges Triosim and its past, present and future parent corporations, subsidiaries, affiliates, agents, employees, directors and officers (each a "Released Party" and collectively the "Released Parties") of and from any and all manner of liability, actions, claims, causes of action, defenses, assertions of offset, counterclaims, and demands whatsoever, whether known or unknown, fixed or contingent, liquidated or unliquidated (collectively, the "Claims"), that were or could have been asserted in the Action, or on account of or arising out of any transactions or dealings with respect to the Transaction Documents from the beginning of time to and including the Effective Date, including, without limitation, any Claims under any state or federal theory of recovery against a Released Party based on lender liability, breach of duty, breach of contract, fraud, misrepresentation, promissory estoppel, control, a claim of a fiduciary relationship, or based on any act, omission or representation of a Released Party, any representative of a Released Party, and further including any Claims related to or arising from the continuing or future effects that result from actions, practices, or policies that took place or were in effect prior to the Effective Date, ***provided, however,*** that this release shall not affect any rights, duties or obligations imposed upon or assumed by Triosim  under this Agreement of the Agreed Order described herein.

c.  It is the intent of the Parties for the Triosim Settlors to give Drake a full release of any liability for any action occurring prior to the Effective Date.

2.  **Disposition of the Civil Action.**

The Parties will jointly move the Court to enter an Agreed Final Order Resolving Civil Action ("Agreed Order"), which shall:

a.  Incorporate this Mutual Release and Settlement Agreement;

b.  Dismiss Triosim's claims against Drake raised in the Civil Action between the parties (and such agents as they shall designate by agreement) existing as of the date of the entry of such Agreed Order;

c.  Include an Injunction containing the same terms as the Court's Preliminary Injunction set forth in Paragraphs 1 and 2 on Pages 34-38 of the Court's Order entered May 29, 2020, ECF#27; the term of the Injunction will expire on June 5, 2024.

d.  Acknowledge that Drake has agreed to reasonably cooperate with Triosim in collecting the Note and in such ancillary litigation as Triosim shall in its discretion conduct with West Coast Pre Fab, Ltd. and its agents, employees, successors and assigns, provided, however, that Drake's obligations to do so shall be limited to 40 hours of actual telephone, video, or in person conference - all done at mutually agreeable times - regarding West Coast with Triosim or its attorneys and agents. Drake's attorneys shall be permitted to be present. Any such in person conferencing shall occur in the city of Drake's residence unless

3

a mutually agreeable alternate location is selected. Should Drake's personal attendance be required away from his home for such matters as depositions or testimony then Triosim will (i) immediately inform Drake of same, and (ii) pay his reasonable travel expenses. Drake's obligations will include the production of documents relevant to the Canadian litigation for use in that litigation whether produced earlier as ESI or not yet produced and one (1) deposition of no more than seven hours, including reasonable breaks, taken under oath and in accordance with the federal rules of civil procedure (or Canadian equivalent), and in the presence of Drake's attorneys and - if she wishes - in the presence of Mrs. Dena Drake. Drake will appear for such a deposition only remotely, unless the court's rules then in place do not permit remote depositions. Any expenses relating to the deposition, e.g. facility rental, recording equipment, court reporters, etc., would be borne by Triosim and/or West Coast. Drake will make himself available upon reasonable notice to testify remotely. Drake will bear no costs related to such depositions. If the relevant Courts require live testimony, then Mr. Drake will appear and so testify, but Triosim will cover his reasonable travel expenses. If Triosim requests further ESI and/or document production or compilation then Triosim shall bear the costs and expenses related to ESI production and review.

 e. The Parties agree that the death of Drake prior to the completion of Triosim's efforts to collect the Note shall not be considered a breach of this Agreement nor shall it void this Agreement.

3. **Enforcement.**

For the duration of the Injunction, i.e., until June 5, 2024,

 a. Drake may not enter a pulp and paper plant.

 b. Drake may not discuss pulp and paper operations with any person in the pulp and paper industry other than Triosim and its agents, his attorneys, and as necessary to carry out the terms of the Settlement agreement but liquidated damages shall be limited to $60,000, notwithstanding sub-paragraph 3(f). below.

 c. Drake may not consult with or work for any business entity which provides services to or engages in the pulp and paper industry.

 d. Drake must report any employment to Triosim within one calendar week of agreeing to accept such employment and will advise such employer of the existence of his obligation not to compete with Triosim.

 e. Upon receiving notice of Drake's potential employment as described in subpart d. above, Triosim shall notify Drake in writing within one calendar week if it objects to the employment as a violation of this Agreement. Failure to object

will be an admission by Triosim that Drake accepting the position shall not constitute a violation of the Injunction. Triosim's Notice under this sub paragraph shall be complete upon the deposit of such notice in the USPS or comparable private courier service (such as Fed Ex or UPS) or upon transmission of an electronic mail message addressed to Drake or his counsel.

f.   As any violation of the forgoing will damage Triosim in an amount which is difficult to qualify, in the event of such a violation Drake will be liable to Triosim in the amount of $250,000 per violation.

4.   **Assignment of West Coast Pre Fab Note.**

Drake will assign to Triosim, without recourse, that Note in the original amount of $1,000,000 USD made to him by West Coast Pre Fab Ltd. on March 11, 2016, a copy of which is attached to the Complaint herein as Exhibit E, provided, however, that Triosim will pay over to Drake any net proceeds of the Note in excess of $500,000. Net Proceeds will be determined by deducting from the gross proceeds of the note Triosim's attorney fees (i) in the instant action and (ii) in the Note collection action/efforts (the "Deduction") from funds collected.

a.   Triosim cannot retain any amount in excess of actual reasonable fees incurred. In other words, the Deduction would be the lessor of (i) reasonable fees and costs in the two actions (this civil action and Triosim's action or action against West Coast Pre Fab in British Columbia), or (ii) $500,000.00;

b.   Drake must be able to receive and review bills prior to the Deduction from amounts collected being finalized in order to check for reasonableness. Any dispute regarding amounts of fees not resolved by the parties can be presented by either party to Judge Rudofsky (since he is retaining jurisdiction anyway);

c.   Fees deducted for the instant action from date of filing are fine but fees for the collection action would only involve fees relating to (i) a new collection action against West Coast, or (ii) fees incurred after the time of amendment should Triosim decide to amend its existing lawsuit against West Coast to include a new claim to collect the Note.

d.   In the event Triosim does not recover anything from West Coast, or does not recover an amount sufficient to cover its fees in that action and the instant action, Triosim will bear its own fees in both actions. In other words, the instant action will be dismissed with prejudice with both sides bearings its own costs and fees, with the exception of Triosim getting to keep what it might collect from West Coast up to the amount of actual costs and fees or the $500,000 cap, whichever is lower. Drake does not have to make up any deficiency. There are no exceptions for bankruptcies, receiverships, etc. by West Coast or dismissals for jurisdiction, statutory bars, or similar matters. Should Triosim recover non cash assets, any accounting with Drake would take place after liquidating those

assets; if prompt liquidation is impractical or unwise in Triosim's opinion then the Parties would agree to the value of the asset(s) or secure an impartial appraisal as to value.

e.   In the event Triosim should settle the collection effort by receiving something other than, or in addition to, cash, the non-cash asset will be reasonably valued to determine its cash value for purposes of being applied to the $500,000.00 cap. For purposes of illustration only, if in exchange for the promissory note Triosim received a piece of real estate worth $600,000.00 in lieu of cash it would be treated as if Triosim had received $600,000.00 in cash, after liquidation and subject to the valuation process described above.

f.   Triosim will furnish Drake and his attorneys copy access to or courtesy copies of collection action pleadings/letters.

5.   **Attorneys' Fees.**

In the event of litigation regarding the enforcement, construction, meaning or intent of the Settlement Agreement, the prevailing party shall be entitled to reimbursement for its attorneys' fees and expenses.

6.   **Authority.**

Neither Party has assigned to any third party any claim referenced herein, against the other. The Parties represent and warrant that, as of the date hereof, they have taken all necessary actions to authorize the execution, delivery, and performance of their respective obligations under this Agreement and have the full power, authority, and legal right to execute, deliver, and perform their respective obligations under this Agreement.

7.   **Further Assurances.**

The Parties shall execute and deliver any document or instrument reasonably requested by any of them after the date of this Agreement to effectuate the intent of this Agreement.

8.   **Entire Agreement.**

This Agreement constitutes the entire agreement and understanding between and among the Parties and supersedes all prior agreements, representations, and understandings concerning the subject matter thereof.

9.   **Amendments, Waiver.**

This Agreement may not be terminated, amended or modified in any way except in a writing signed by all the Parties. No waiver of any provision of this Agreement shall be deemed to constitute a waiver of any other provision hereof, whether or not similar, nor shall such waiver constitute a continuing waiver.

10.    **Assignability.**

No party hereto may assign its rights under this Agreement without the prior written consent of each of the other Parties hereto.

11.    **Successors Bound.**

This Agreement shall be binding upon and inure to the benefit of each of the Parties and their successors and permitted assigns.

12.    **Jurisdiction and Governing Law.**

This Agreement shall be governed by and construed in accordance with the laws of the State of Arkansas. Triosim and Drake hereby irrevocably consent to the jurisdiction and venue of the state and federal courts located in Arkansas for purposes of resolving all disputes of any nature whatsoever regarding this Agreement, or any transaction contemplated hereby, and hereby irrevocably waive any objection which they may now or hereafter have to the laying of jurisdiction or venue in the federal or state courts of Arkansas.

13.    **Counterparts; Electronic Copy of Signatures.**

This Agreement and attachments may be executed and delivered in any number of counterparts, each of which so executed and delivered shall be deemed to be an original and all of which shall constitute one and the same document. The Parties may evidence their execution of this Agreement by delivery to the other Party of scanned copies of their signatures, with the same effect as the delivery of an original signature.

14.    **Advice of Counsel.**

The Parties expressly agree and acknowledge that they have had the opportunity to be represented by counsel of their own choosing throughout the negotiation and execution of this Agreement and made the sole decision as to whether to engage such counsel.

15.    **Severability.**

If any provision of this Agreement is held to be illegal, invalid or unenforceable, (a) the legality, validity and enforceability of the remaining provisions of this Agreement shall not be affected or impaired thereby, and (b) the Parties shall endeavor in good faith negotiations to replace the illegal, invalid or unenforceable provisions with valid provisions, the economic effect of which comes as close as possible to that of the illegal, invalid or unenforceable provisions. The invalidity of a provision in a particular jurisdiction shall not invalidate or render unenforceable such provision in any other jurisdiction.

7

16.  **Addresses.**

The following electronic and mailing addresses shall be used for each Party, including, but not limited to, for delivery of the executed signature pages of this Agreement.

**Triosim Corporation:**
2111 N. Sandra St.
Appleton, WI 54911

c/o Henry C. Shelton, III
Adams and Reese LLP
6075 Poplar Ave. Suite 700
Memphis, TN 38119
Telephone (901) 524-5271
henry.shelton@arlaw.com
*Attorney for Triosim Corporation*

**Mr. A. Dale Drake:**
653 Kelsall Dr.
Richmond Hill, GA 31324

c/o Guy W. Murphy, Jr.
Hyden, Miron & Foster, PLLC
557 Locust St.
Conway, AR 72304
Telephone: (501) 336-8822
guy.murphy@hmflaw.net
*Attorney for A. Dale Drake*

IN WITNESS WHEREOF, the parties have executed this Settlement Agreement and Mutual Release as of the _25_ day of June, 2021.

**DALE DRAKE**

**TRIOSIM CORPORATION**

By: _____  8-16-21
J. HICKMAN

Kelly Mayo
11-11-2024
6/25/21

KELLY MAYO
Notary Public - State of Georgia
Bryan County
My Commission Expires Nov 11, 2024

8

**<u>EXHIBIT B</u>**
**CUSTOMERS AND PROSPECTS OF TRIOSIM**

| Site Code | Site | Corporation Name | Site Name | Site City | State/Pro | Zip Code | Status |
|---|---|---|---|---|---|---|---|
| 0195 | U.S. | First Quality | Anderson | Anderson | SC | 29626 | Announced |
| 1013 | U.S. | Resolute | Calhoun | Calhoun | TN | 37309 | Announced |
| 1082 | U.S. | Tranlin | Chesterfield Site | Chesterfield | VA | 23237 | Announced |
| 1251 | Can. | Greys Paper | Greys Edmonton | Edmonton | AB | T5B 1G2 | Announced |
| 0932 | U.S. | First Quality | Lock Haven | Lock Haven | PA | 17745 | Announced |
| 0388 | U.S. | St. Croix | Baileyville Mill | Baileyville | ME | 04694 | Construction |
| 0985 | U.S. | Orchids | Barnwell Mill | Barnwell | SC | 29812 | Construction |
| 0556 | U.S. | von Drehle | Natchez | Natchez | MS | 39121 | Construction |
| 0200 | U.S. | P&G | Albany | Albany | GA | 31702 | Operating |
| 1388 | Can. | Resolute | Alma | Alma | QC | G8B 5W2 | Operating |
| 0469 | U.S. | Decorative Panels | Alpena | Alpena | MI | 49707 | Operating |
| 1389 | Can. | Resolute | Amos | Amos | QC | J9T 3X5 | Operating |
| 0668 | U.S. | SWM | Ancram | Ancram | NY | 12502 | Operating |
| 1153 | U.S. | Neenah | Appleton | Appleton | WI | 54913 | Operating |
| 0053 | U.S. | Domtar | Ashdown | Ashdown | AR | 71822 | Operating |
| 1084 | U.S. | BD White Birch | Ashland | Ashland | VA | 23005-2119 | Operating |
| 1314 | Can. | Aditya Birla | Atholville | Atholville | NB | E3N 4S7 | Operating |
| 0370 | U.S. | Cascades | Auburn | Auburn | ME | 04211 | Operating |
| 0204 | U.S. | International Paper Co | IP Augusta | Augusta | GA | 30903-1425 | Operating |
| 0203 | U.S. | Resolute | Augusta Newsprint | Augusta | GA | 30913 | Operating |
| 0207 | U.S. | SPG | Augusta Mill | Augusta | GA | 30916 | Operating |
| 0251 | U.S. | WestRock | Aurora | Aurora | IL | 60505 | Operating |
| 0208 | U.S. | Caraustar | Austell | Austell | GA | 30168 | Operating |
| 0209 | U.S. | Caraustar | Sweetwater | Austell | GA | 30106 | Operating |
| 1390 | Can. | Resolute | Baie Comeau | Baie Comeau | QC | G4Z 1K6 | Operating |
| 0392 | U.S. | Woodland Pulp | Woodland | Baileyville | ME | 04694 | Operating |
| 0447 | U.S. | Seaman | Otter River | Baldwinville | MA | 01436 | Operating |
| 0777 | U.S. | Caraustar | Baltimore | Baltimore | OH | 43105 | Operating |
| 0471 | U.S. | Graphic Pkg | Battle Creek GP | Battle Creek | MI | 49017 | Operating |
| 0472 | U.S. | WestRock | Battle Creek | Battle Creek | MI | 49015 | Operating |
| 1063 | U.S. | P&G | Box Elder | Bear River City | UT | 84307 | Operating |
| 0669 | U.S. | Interface Solutions | Beaver Falls IS | Beaver Falls | NY | 13305 | Operating |
| 0670 | U.S. | Omnifiltra | Beaver Falls | Beaver Falls | NY | 13305 | Operating |

| 0517 | U.S. | Liberty Diversified | Becker | Becker | MN | 55308 | Operating |
|------|------|---------------------|--------|--------|-----|--------|-----------|
| 0992 | U.S. | Kimberly-Clark | Beech Island | Beech Island | SC | 29841 | Operating |
| 1156 | U.S. | Beloit Box | Beloit | Beloit | WI | 53512-0386 | Operating |
| 0991 | U.S. | Domtar | Marlboro | Bennettsville | SC | 29512 | Operating |
| 0589 | U.S. | Monadnock | Monadnock Bennington | Bennington | NH | 03442 | Operating |
| 1085 | U.S. | Georgia-Pacific Corp | Big Island | Big Island | VA | 24526-0040 | Operating |
| 0344 | U.S. | International Paper Co | Bogalusa | Bogalusa | LA | 70429-1060 | Operating |
| 1250 | Can. | Alberta-Pacific | Boyle | Boyle | AB | T0A 0M0 | Operating |
| 1341 | Can. | Sonoco | Brantford | Brantford | ON | N3T 5T5 | Operating |
| 1066 | U.S. | Neenah | Brattleboro | Brattleboro | VT | 05302 | Operating |
| 1393 | Can. | Rolland | Breakeyville | Breakeyville | QC | G0S 1E2 | Operating |
| 0003 | U.S. | Georgia-Pacific Corp | Brewton | Brewton | AL | 36427 | Operating |
| 0672 | U.S. | Neenah | Brownville | Brownville | NY | 13615 | Operating |
| 0210 | U.S. | Georgia-Pacific Corp | Brunswick | Brunswick | GA | 31521 | Operating |
| 1395 | Can. | Norampac | Cabano | Cabano | QC | G0L 1E0 | Operating |
| 1111 | U.S. | Georgia-Pacific Corp | Camas | Camas | WA | 98607 | Operating |
| 0345 | U.S. | International Paper Co | Red River | Campti | LA | 71431 | Operating |
| 1396 | Can. | Cascades | Candiac | Candiac | QC | J5R 1C2 | Operating |
| 0745 | U.S. | Evergreen Pkg | Canton | Canton | NC | 28716 | Operating |
| 0176 | U.S. | International Paper Co | Pensacola | Cantonment | FL | 32533-0087 | Operating |
| 0570 | U.S. | P&G | Girardeau | Cape Girardeau | MO | 63755 | Operating |
| 0673 | U.S. | Carthage Specialty | Carthage Climax | Carthage | NY | 13367 | Operating |
| 1267 | Can. | Mercer | Celgar | Castlegar | BC | V1N 3H9 | Operating |
| 0993 | U.S. | Resolute | Resolute Catawba | Catawba | SC | 29704 | Operating |
| 0290 | U.S. | International Paper Co | IP Newport | Cayuga | IN | 47966 | Operating |
| 0303 | U.S. | International Paper Co | Cedar Rapids | Cedar Rapids | IA | 52406-3250 | Operating |
| 0211 | U.S. | Georgia-Pacific Corp | Cedar Springs | Cedar Springs | GA | 31732 | Operating |
| 1001 | U.S. | KapStone | Charleston | Charleston | SC | 29423-8005 | Operating |
| 1017 | U.S. | ADM | ADM Chattanooga | Chattanooga | TN | 37409 | Operating |
| 1016 | U.S. | WestRock | Chattanooga | Chattanooga | TN | 37405 | Operating |
| 0474 | U.S. | Great Lakes Tissue | Cheboygan | Cheboygan | MI | 49721 | Operating |
| 0025 | U.S. | SCA | Barton | Cherokee | AL | 35616 | Operating |
| 0917 | U.S. | Kimberly-Clark | Chester | Chester | PA | 19013 | Operating |
| 0780 | U.S. | Glatfelter | Chillicothe | Chillicothe | OH | 45601 | Operating |

| 0787 | U.S. | Caraustar | Cincinnati Paperboard | Cincinnati | OH | 45226 | Operating |
|------|------|-----------|------------------------|------------|----|--------|-----------|
| 0786 | U.S. | Donco Paper | Cincinnati Donco | Cincinnati | OH | 45237 | Operating |
| 0592 | U.S. | APC Paper | APC Claremont | Claremont | NH | 03743 | Operating |
| 0849 | U.S. | Georgia-Pacific Corp | Wauna | Clatskanie | OR | 97016 | Operating |
| 1400 | Can. | Resolute | Clermont | Clermont | QC | G4A 1A7 | Operating |
| 0521 | U.S. | Sappi | Cloquet | Cloquet | MN | 55720 | Operating |
| 0679 | U.S. | Mohawk | Cohoes | Cohoes | NY | 12047 | Operating |
| 0735 | U.S. | Mohawk | Waterford | Cohoes | NY | 12047-4626 | Operating |
| 0541 | U.S. | International Paper Co | Columbus WY | Columbus | MS | 39703-1830 | Operating |
| 0542 | U.S. | International Paper Co | Columbus Modified Fiber | Columbus | MS | 39701 | Operating |
| 1158 | U.S. | Appleton Coated | Combined Locks | Combined Locks | WI | 54113 | Operating |
| 0475 | U.S. | Ox | Constantine | Constantine | MI | 49042 | Operating |
| 0229 | U.S. | Visy | Conyers | Conyers | GA | 30013 | Operating |
| 0004 | U.S. | Resolute | Coosa Pines | Coosa Pines | AL | 35044 | Operating |
| 0748 | U.S. | von Drehle | Cordova | Cordova | NC | 28330 | Operating |
| 1159 | U.S. | Mule Hide | Cornell | Cornell | WI | 54732 | Operating |
| 1325 | Can. | Kruger | Corner Brook | Corner Brook | NL | A2H 6J4 | Operating |
| 0790 | U.S. | WestRock | Coshocton | Coshocton | OH | 43812 | Operating |
| 1112 | U.S. | Cosmo | Cosmopolis | Cosmopolis | WA | 98537 | Operating |
| 1018 | U.S. | Packaging Corp of America | Counce | Counce | TN | 38326 | Operating |
| 1087 | U.S. | WestRock | Covington | Covington | VA | 24426 | Operating |
| 0994 | U.S. | KapStone | Cowpens | Cowpens | SC | 29330 | Operating |
| 1403 | Can. | Kruger | Crabtree | Crabtree | QC | J0K 1B0 | Operating |
| 1289 | Can. | Paper Excellence | Skookumchuck | Cranbrook | BC | V1C 4J7 | Operating |
| 1268 | Can. | Catalyst | Crofton | Crofton | BC | V0R 1R0 | Operating |
| 0057 | U.S. | Georgia-Pacific Corp | Crossett | Crossett | AR | 71635 | Operating |
| 1040 | U.S. | WestRock | Dallas | Dallas | TX | 75224 | Operating |
| 0421 | U.S. | Crane | Pioneer | Dalton | MA | 01226 | Operating |
| 1160 | U.S. | Expera | Nicolet | De Pere | WI | 54115 | Operating |
| 1208 | U.S. | Fox River Fiber | De Pere Fox River | De Pere | WI | 54115-9131 | Operating |
| 1161 | U.S. | Sonoco | De Pere | De Pere | WI | 54115 | Operating |
| 0919 | U.S. | WestRock | Stroudsburg | Delaware Water Gap | PA | 18327 | Operating |
| 0006 | U.S. | WestRock | Demopolis | Demopolis | AL | 36732 | Operating |
| 0346 | U.S. | Packaging Corp of America | DeRidder | DeRidder | LA | 70634 | Operating |

| 1407 | Can. | Resolute | Dolbeau | Dolbeau-Mistassini | QC | G8L 2R4 | Operating |
|---|---|---|---|---|---|---|---|
| 1414 | Can. | Schoeller Technocell | Schoeller Drummondville | Drummondville | QC | J2C 6Y4 | Operating |
| 1344 | Can. | Domtar | Dryden | Dryden | ON | P8N 2Z7 | Operating |
| 0213 | U.S. | WestRock | Dublin SP Fiber | Dublin | GA | 31040 | Operating |
| 0518 | U.S. | Verso | Duluth Recycling | Duluth | MN | 55807 | Operating |
| 0524 | U.S. | Verso | Duluth Paper | Duluth | MN | 55807 | Operating |
| 1458 | Can. | Graphic Pkg | East Angus Nord | East Angus | QC | J0B 1R0 | Operating |
| 0139 | U.S. | Dunn Paper | East Hartford | East Hartford | CT | 06108 | Operating |
| 0424 | U.S. | Hollingsworth&Vose | East Walpole | East Walpole | MA | 02032 | Operating |
| 0997 | U.S. | International Paper Co | Eastover | Eastover | SC | 29044 | Operating |
| 0283 | U.S. | WestRock | Eaton | Eaton | IN | 47338 | Operating |
| 1162 | U.S. | Cascades | Eau Claire | Eau Claire | WI | 54702 | Operating |
| 1317 | Can. | Twin Rivers | Edmundston | Edmundston | NB | E3V 1S9 | Operating |
| 0623 | U.S. | Soundview | Elmwood Park | Elmwood Park | NJ | 07407 | Operating |
| 0426 | U.S. | Erving | Erving Paper | Erving | MA | 01344 | Operating |
| 0477 | U.S. | Verso | Escanaba | Escanaba | MI | 49829 | Operating |
| 1345 | Can. | Domtar | Espanola | Espanola | ON | P5E 1R6 | Operating |
| 1140 | U.S. | Resolute | Fairmont | Fairmont | WV | 26554 | Operating |
| 0178 | U.S. | Rayonier AM | Fernandina | Fernandina Beach | FL | 32035-1309 | Operating |
| 0177 | U.S. | WestRock | Fernandina Beach | Fernandina Beach | FL | 32035 | Operating |
| 0478 | U.S. | Packaging Corp of America | Filer City | Filer City | MI | 49634-0005 | Operating |
| 0404 | U.S. | Congoleum | Cedarhurst | Finksburg | MD | 21048 | Operating |
| 0415 | U.S. | Caraustar | Fitchburg Newark | Fitchburg | MA | 01420 | Operating |
| 0430 | U.S. | Neenah | Fitchburg Crocker | Fitchburg | MA | 01420 | Operating |
| 0042 | U.S. | SCA | Flagstaff | Flagstaff | AZ | 86001 | Operating |
| 0998 | U.S. | WestRock | Florence | Florence | SC | 29501-0544 | Operating |
| 1043 | U.S. | Smurfit Kappa | Forney | Forney | TX | 75126 | Operating |
| 0685 | U.S. | J.D. Irving | Fort Edward | Fort Edward | NY | 12828 | Operating |
| 0796 | U.S. | Atlas Roofing | Franklin | Franklin | OH | 45005 | Operating |
| 0795 | U.S. | Cheney P&P | Franklin Cheney | Franklin | OH | 45005 | Operating |
| 1090 | U.S. | International Paper Co | IP Franklin | Franklin | VA | 23851-0178 | Operating |
| 1094 | U.S. | ST Paper | Franklin Mill | Franklin | VA | 23851 | Operating |
| 0085 | U.S. | Gusmer | Fresno | Fresno | CA | 93721 | Operating |
| 0086 | U.S. | Kimberly-Clark | Fullerton | Fullerton | CA | 92831-5396 | Operating |

| 0687 | U.S. | Interface Solutions | Fulton IS | Fulton | NY | 13069 | Operating |
|------|------|---------------------|-----------|--------|----|-------|-----------|
| 1044 | U.S. | USG | Galena Park | Galena Park | TX | 77547 | Operating |
| 1429 | Can. | BD White Birch | Papier Masson | Gatineau | QC | J8L 2X5 | Operating |
| 1417 | Can. | Kruger | Gatineau Kruger | Gatineau | QC | J8X 4H3 | Operating |
| 1412 | Can. | Resolute | Gatineau Resolute | Gatineau | QC | J8P 4X6 | Operating |
| 0999 | U.S. | International Paper Co | Georgetown | Georgetown | SC | 29440 | Operating |
| 0047 | U.S. | Royal | Gila Bend | Gila Bend | AZ | 85337 | Operating |
| 1091 | U.S. | Greif | Riverville | Gladstone | VA | 24521 | Operating |
| 0690 | U.S. | Finch | Glens Falls | Glens Falls | NY | 12801 | Operating |
| 0591 | U.S. | Gorham Paper | Gorham | Gorham | NH | 03570 | Operating |
| 0691 | U.S. | Dunn Paper | Natural Dam | Gouverneur | NY | 13642 | Operating |
| 0525 | U.S. | UPM | Blandin | Grand Rapids | MN | 55744 | Operating |
| 1253 | Can. | International Paper Co | Grande Prairie | Grande Prairie | AB | T8V 3A9 | Operating |
| 1164 | U.S. | Georgia-Pacific Corp | Green Bay East | Green Bay | WI | 54305-3790 | Operating |
| 1166 | U.S. | Georgia-Pacific Corp | Green Bay West | Green Bay | WI | 54307-9130 | Operating |
| 1163 | U.S. | Green Bay Pkg | Green Bay | Green Bay | WI | 54307-9017 | Operating |
| 1165 | U.S. | P&G | Fox River | Green Bay | WI | 54308-8020 | Operating |
| 0731 | U.S. | Lydall | Green Island | Green Island | NY | 12181 | Operating |
| 0695 | U.S. | Hollingsworth&Vose | Easton | Greenwich | NY | 12834 | Operating |
| 0697 | U.S. | Hollingsworth&Vose | Greenwich H&V | Greenwich | NY | 12834 | Operating |
| 0555 | U.S. | Resolute | Grenada | Grenada | MS | 38902-0849 | Operating |
| 0194 | U.S. | Sofidel | Haines City | Haines City | FL | 33844 | Operating |
| 1141 | U.S. | Ox | Halltown | Halltown | WV | 25423 | Operating |
| 0854 | U.S. | Cascade Pacific | Halsey (Pulp) | Halsey | OR | 97348 | Operating |
| 0855 | U.S. | Georgia-Pacific Corp | Halsey (Tissue) | Halsey | OR | 97348 | Operating |
| 0335 | U.S. | Wausau | Harrodsburg | Harrodsburg | KY | 40330 | Operating |
| 0295 | U.S. | New-Indy | Hartford City | Hartford City | IN | 47348 | Operating |
| 1000 | U.S. | Sonoco | Hartsville | Hartsville | SC | 29551-0160 | Operating |
| 0327 | U.S. | Domtar | Hawesville Domtar | Hawesville | KY | 42348 | Operating |
| 0214 | U.S. | Hollingsworth&Vose | Hawkinsville | Hawkinsville | GA | 31036 | Operating |
| 0326 | U.S. | International Paper Co | Henderson | Henderson | KY | 42420 | Operating |
| 0179 | U.S. | Atlas Paper | Hialeah | Hialeah | FL | 33013 | Operating |
| 1254 | Can. | West Fraser | Hinton | Hinton | AB | T7V 1V7 | Operating |
| 0348 | U.S. | WestRock | Hodge | Hodge | LA | 71247 | Operating |

| 0435 | U.S. | Sonoco | Holyoke Sonoco | Holyoke | MA | 01040 | Operating |
|---|---|---|---|---|---|---|---|
| 0698 | U.S. | Interface Solutions | Hoosick Falls | Hoosick Falls | NY | 12090 | Operating |
| 1093 | U.S. | WestRock | Hopewell | Hopewell | VA | 23860 | Operating |
| 1336 | Can. | L-P | East River Plant | Hubbards | NS | B0J 1T0 | Operating |
| 1348 | Can. | Kimberly-Clark | Huntsville | Huntsville | ON | P1H 2A1 | Operating |
| 0316 | U.S. | Sonoco | Hutchinson | Hutchinson | KS | 67504-1267 | Operating |
| 0080 | U.S. | Sonoco | City of Industry | Industry | CA | 91746 | Operating |
| 0526 | U.S. | Packaging Corp of America | International Falls | International Falls | MN | 56649 | Operating |
| 0007 | U.S. | Packaging Corp of America | Jackson | Jackson | AL | 36545 | Operating |
| 0181 | U.S. | WestRock | Seminole | Jacksonville | FL | 32218 | Operating |
| 0376 | U.S. | Verso | Androscoggin | Jay | ME | 04239 | Operating |
| 0832 | U.S. | Kimberly-Clark | Jenks | Jenks | OK | 74037 | Operating |
| 0215 | U.S. | Rayonier AM | Jesup | Jesup | GA | 31598 | Operating |
| 0927 | U.S. | Domtar | Johnsonburg | Johnsonburg | PA | 15845 | Operating |
| 1419 | Can. | Resolute | Kénogami | Jonquiere | QC | G7F 5J7 | Operating |
| 0481 | U.S. | Graphic Pkg | Kalamazoo | Kalamazoo | MI | 49007-2539 | Operating |
| 1270 | Can. | Domtar | Kamloops | Kamloops | BC | V2C 5M7 | Operating |
| 1351 | Can. | Tembec | Spruce Falls | Kapuskasing | ON | P5N 2Y2 | Operating |
| 1168 | U.S. | Expera | Kaukauna | Kaukauna | WI | 54130 | Operating |
| 1422 | Can. | Cascades | Kingsey Falls Tissue | Kingsey Falls | QC | J0A 1B0 | Operating |
| 1423 | Can. | Cascades | Papier Kingsey | Kingsey Falls | QC | J0A 1B0 | Operating |
| 1421 | Can. | Norampac | Kingsey Falls Packaging | Kingsey Falls | QC | J0A 1B0 | Operating |
| 1021 | U.S. | Domtar | Kingsport | Kingsport | TN | 37660 | Operating |
| 0857 | U.S. | Collins | Klamath Falls | Klamath Falls | OR | 97601 | Operating |
| 1012 | U.S. | Tamko | Knoxville Mill | Knoxville | TN | 37921 | Operating |
| 1425 | Can. | WestRock | La Tuque | La Tuque | QC | G9X 3P8 | Operating |
| 0089 | U.S. | Paper-Pak | La Verne | La Verne | CA | 91750-5696 | Operating |
| 1426 | Can. | Cascades | Lachute | Lachute | QC | J8H 4M3 | Operating |
| 1170 | U.S. | Clearwater | Ladysmith | Ladysmith | WI | 54848 | Operating |
| 0543 | U.S. | Masonite | Laurel | Laurel | MS | 39441 | Operating |
| 1056 | U.S. | Eagle Materials | Lawton | Lawton | OK | 75219 | Operating |
| 0239 | U.S. | Clearwater | Lewiston | Lewiston | ID | 83501-1126 | Operating |
| 0378 | U.S. | Lincoln P&T | Lincoln | Lincoln | ME | 04457 | Operating |
| 0699 | U.S. | Burrows | Mill Street | Little Falls | NY | 13365 | Operating |

| 0700 | U.S. | Burrows | Mohawk Valley | Little Falls | NY | 13365 | Operating |
|------|------|---------|---------------|--------------|-----|--------|-----------|
| 1118 | U.S. | International Paper Co | Longview Norpac | Longview | WA | 98632 | Operating |
| 1120 | U.S. | International Paper Co | Longview Pulp & Board | Longview | WA | 98632 | Operating |
| 1117 | U.S. | KapStone | Longview | Longview | WA | 98632 | Operating |
| 0079 | U.S. | Caraustar | Pacific | Los Angeles | CA | 90040 | Operating |
| 1030 | U.S. | Kimberly-Clark | Loudon | Loudon | TN | 37774 | Operating |
| 1428 | Can. | Materiaux Specl | Louiseville | Louiseville | QC | J5V 2G9 | Operating |
| 0405 | U.S. | Verso | Luke | Luke | MD | 21540-1099 | Operating |
| 1095 | U.S. | WestRock | Lynchburg | Lynchburg | VA | 24505 | Operating |
| 0704 | U.S. | Burrows | Lyons Falls Burrows | Lyons Falls | NY | 13368 | Operating |
| 1272 | Can. | Paper Excellence | Mackenzie | Mackenzie | BC | V0J 2C0 | Operating |
| 0217 | U.S. | Graphic Pkg | Macon | Macon | GA | 31298 | Operating |
| 0380 | U.S. | Twin Rivers | Madawaska | Madawaska | ME | 04756 | Operating |
| 0381 | U.S. | UPM | Madison | Madison | ME | 04950 | Operating |
| 0330 | U.S. | Ahlstrom | Madisonville | Madisonville | KY | 42431 | Operating |
| 0350 | U.S. | International Paper Co | Mansfield | Mansfield | LA | 71052 | Operating |
| 1171 | U.S. | Kimberly-Clark | Marinette | Marinette | WI | 54143 | Operating |
| 0804 | U.S. | FiberCorr | FiberCorr Massillon | Massillon | OH | 44647 | Operating |
| 0805 | U.S. | Greif | Greif Massillon | Massillon | OH | 44648 | Operating |
| 1457 | Can. | Tembec | Matane Tembec | Matane | QC | G4W 3P6 | Operating |
| 0333 | U.S. | International Paper Co | Maysville | Maysville | KY | 41056 | Operating |
| 0059 | U.S. | Clearwater | Cypress Bend | McGehee | AR | 71654 | Operating |
| 1467 | Can. | Paper Excellence | Meadow Lake | Meadow Lake | SK | S9X 1V7 | Operating |
| 0706 | U.S. | Cascades | Mechanicville | Mechanicville | NY | 12118 | Operating |
| 0933 | U.S. | P&G | Mehoopany | Mehoopany | PA | 18629 | Operating |
| 1031 | U.S. | Cascades | Memphis Cascades | Memphis | TN | 38107 | Operating |
| 1025 | U.S. | Georgia-Pacific Corp | Memphis Georgia-Pacific | Memphis | TN | 38108 | Operating |
| 1023 | U.S. | Kruger | Memphis KTG | Memphis | TN | 38107 | Operating |
| 1173 | U.S. | Sonoco | Sonoco Menasha | Menasha | WI | 54952 | Operating |
| 1174 | U.S. | Whiting | Whiting Menasha | Menasha | WI | 54952 | Operating |
| 0485 | U.S. | Dunn Paper | Menominee | Menominee | MI | 49858 | Operating |
| 0482 | U.S. | Resolute | Menominee SFK | Menominee | MI | 49858 | Operating |
| 0809 | U.S. | Graphic Pkg | Middletown GP | Middletown | OH | 45042 | Operating |
| 0822 | U.S. | Wausau | Middletown | Middletown | OH | 45042 | Operating |

| 1177 | U.S. | Caraustar | Milwaukee | Milwaukee | WI | 53211 | Operating |
| 1354 | Can. | Norampac | Mississauga | Mississauga | ON | L5S 1C4 | Operating |
| 0013 | U.S. | Caraustar | Mobile | Mobile | AL | 36617 | Operating |
| 0012 | U.S. | Kimberly-Clark | Mobile K-C | Mobile | AL | 36652-2447 | Operating |
| 0926 | U.S. | Sealed Air | Modena | Modena | PA | 19358 | Operating |
| 0546 | U.S. | Georgia-Pacific Corp | Monticello | Monticello | MS | 39654 | Operating |
| 1432 | Can. | Kruger | Montreal | Montreal | QC | H4C 1V9 | Operating |
| 0141 | U.S. | Rand Whitney | Montville Containerboard | Montville | CT | 06353 | Operating |
| 0060 | U.S. | Green Bay Pkg | Morrilton | Morrilton | AR | 72110 | Operating |
| 1179 | U.S. | Expera | Mosinee | Mosinee | WI | 54455 | Operating |
| 0937 | U.S. | Ahlstrom | Mount Holly Mill | Mount Holly Springs | PA | 17065-0238 | Operating |
| 0938 | U.S. | Mt. Holly Specialty | Mt. Holly Specialty | Mount Holly Springs | PA | 17065 | Operating |
| 0488 | U.S. | Neenah | Munising | Munising | MI | 49862 | Operating |
| 0833 | U.S. | Georgia-Pacific Corp | Muskogee | Muskogee | OK | 74403 | Operating |
| 1318 | Can. | Aditya Birla | Nackawic | Nackawic | NB | E6G 1W4 | Operating |
| 1274 | Can. | Nanaimo | Harmac | Nanaimo | BC | V9R 5M5 | Operating |
| 1355 | Can. | PaperWorks | Napanee | Napanee | ON | K7R 3L6 | Operating |
| 1183 | U.S. | Clearwater | Lakeview | Neenah | WI | 54956 | Operating |
| 1182 | U.S. | Neenah | Neenah | Neenah | WI | 54957-2003 | Operating |
| 1175 | U.S. | SCA | SCA Menasha | Neenah | WI | 54952 | Operating |
| 1184 | U.S. | Domtar | Nekoosa | Nekoosa | WI | 54469 | Operating |
| 0551 | U.S. | Georgia-Pacific Corp | Leaf River | New Augusta | MS | 39462 | Operating |
| 1338 | Can. | Paper Excellence | New Glasgow | New Glasgow | NS | B2H 5E8 | Operating |
| 0145 | U.S. | Kimberly-Clark | New Milford | New Milford | CT | 06776-4493 | Operating |
| 1278 | Can. | Kruger | New Westminster | New Westminster | BC | V3L 4Z9 | Operating |
| 0890 | U.S. | WestRock | Newberg | Newberg | OR | 97132 | Operating |
| 1028 | U.S. | Sonoco | Sonoco Newport | Newport | TN | 37821 | Operating |
| 0709 | U.S. | Norampac | Niagara Falls | Niagara Falls | NY | 14303 | Operating |
| 0720 | U.S. | Norampac | Niagara | Niagara Falls | NY | 14303 | Operating |
| 0491 | U.S. | French Paper | Niles | Niles | MI | 49120 | Operating |
| 0710 | U.S. | APC Paper | Norfolk | Norfolk | NY | 13667 | Operating |
| 0568 | U.S. | USG | North Kansas | North Kansas City | MO | 64116 | Operating |
| 0772 | U.S. | Clearwater | No. Las Vegas | North Las Vegas | NV | 89030 | Operating |
| 0502 | U.S. | Verso | Quinnesec | Norway | MI | 49870-0211 | Operating |

| 0713 | U.S. | USG | Oakfield | Oakfield | NY | 14125 | Operating |
|---|---|---|---|---|---|---|---|
| 1186 | U.S. | ST Paper | Oconto Falls | Oconto Falls | WI | 54154 | Operating |
| 0219 | U.S. | International Paper Co | Flint River | Oglethorpe | GA | 31068 | Operating |
| 0092 | U.S. | New-Indy | Ontario | Ontario | CA | 91761 | Operating |
| 1052 | U.S. | International Paper Co | Orange | Orange | TX | 77632 | Operating |
| 0496 | U.S. | USG | Otsego USG | Otsego | MI | 49078 | Operating |
| 0334 | U.S. | Kimberly-Clark | K-C Owensboro | Owensboro | KY | 42301 | Operating |
| 0002 | U.S. | National Gypsum | Oxford | Oxford | AL | 36203 | Operating |
| 0093 | U.S. | P&G | P&G Oxnard | Oxnard | CA | 93030 | Operating |
| 0186 | U.S. | Georgia-Pacific Corp | Palatka | Palatka | FL | 32178-0919 | Operating |
| 0187 | U.S. | WestRock | Panama City | Panama City | FL | 32412-0560 | Operating |
| 1188 | U.S. | Flambeau River | Park Falls | Park Falls | WI | 54552 | Operating |
| 0756 | U.S. | Blue Ridge Tissue | Patterson | Patterson | NC | 28661 | Operating |
| 1258 | Can. | Daishowa-Marubeni | Peace River | Peace River | AB | T8S 1V7 | Operating |
| 0261 | U.S. | Ox | Pekin | Pekin | IL | 61555-0520 | Operating |
| 0015 | U.S. | Georgia-Pacific Corp | Naheola | Pennington | AL | 36916 | Operating |
| 0264 | U.S. | New-Indy | Peoria | Peoria | IL | 61656 | Operating |
| 0016 | U.S. | Georgia-Pacific Corp | River Pulp | Perdue Hill | AL | 36470 | Operating |
| 0189 | U.S. | Georgia-Pacific Corp | Foley | Perry | FL | 32347-9512 | Operating |
| 1189 | U.S. | BPM | Peshtigo | Peshtigo | WI | 54157-0149 | Operating |
| 0008 | U.S. | WestRock | Mahrt | Phenix City | AL | 36868-0940 | Operating |
| 0944 | U.S. | Newman | Philadelphia Newman | Philadelphia | PA | 19135 | Operating |
| 0945 | U.S. | PaperWorks | Philadelphia PaperWorks | Philadelphia | PA | 19127 | Operating |
| 0552 | U.S. | Burrows | Pickens | Pickens | MS | 39146 | Operating |
| 0062 | U.S. | Evergreen Pkg | Pine Bluff Mill | Pine Bluff | AR | 71611 | Operating |
| 0063 | U.S. | Mondi | Mondi Bags | Pine Bluff | AR | 71611 | Operating |
| 0018 | U.S. | International Paper Co | Pine Hill | Pine Hill | AL | 36769 | Operating |
| 0717 | U.S. | Georgia-Pacific Corp | Plattsburgh GP | Plattsburgh | NY | 12901 | Operating |
| 0758 | U.S. | Domtar | Plymouth | Plymouth | NC | 27962 | Operating |
| 1435 | Can. | BPCan | Pont Rouge | Pont Rouge | QC | G0A 2X0 | Operating |
| 1279 | Can. | Catalyst | Port Alberni | Port Alberni | BC | V9Y 5J7 | Operating |
| 1280 | Can. | Neucel | Port Alice | Port Alice | BC | V0N 2N0 | Operating |
| 1121 | U.S. | Nippon | Port Angeles | Port Angeles | WA | 98362 | Operating |
| 1339 | Can. | Port Hawkesbury | Port Hawkesbury | Port Hawkesbury | NS | B0E 2V0 | Operating |

| 0097 | U.S. | New-Indy | New-Indy Oxnard | Port Hueneme | CA | 93044 | Operating |
|---|---|---|---|---|---|---|---|
| 0501 | U.S. | Domtar | Port Huron Domtar | Port Huron | MI | 48060 | Operating |
| 0500 | U.S. | Dunn Paper | Port Huron Dunn | Port Huron | MI | 48060 | Operating |
| 1281 | Can. | Paper Excellence | Howe Sound | Port Mellon | BC | V0N 2S0 | Operating |
| 1123 | U.S. | Crown Paper Group | PTPC | Port Townsend | WA | 98368 | Operating |
| 0220 | U.S. | International Paper Co | Port Wentworth | Port Wentworth | GA | 31326 | Operating |
| 1438 | Can. | Metro Paper | Portneuf | Portneuf | QC | G0A 2Y0 | Operating |
| 0719 | U.S. | PSPI | Potsdam | Potsdam | NY | 13676 | Operating |
| 1282 | Can. | Catalyst | Powell River | Powell River | BC | V8A 4k1 | Operating |
| 0014 | U.S. | International Paper Co | Prattville | Prattville | AL | 36067 | Operating |
| 0660 | U.S. | BioPappel | Prewitt | Prewitt | NM | 87045-0100 | Operating |
| 1283 | Can. | Canfor Pulp | Prince George | Prince George | BC | V2N 2K3 | Operating |
| 1284 | Can. | Canfor Pulp | Northwood | Prince George | BC | V2L 4W2 | Operating |
| 1285 | Can. | Canfor Pulp | Intercontinental | Prince George | BC | V2N 2K3 | Operating |
| 0836 | U.S. | National Gypsum | NGC Pryor | Pryor | OK | 74361 | Operating |
| 0835 | U.S. | Orchids | Pryor Mill | Pryor | OK | 74361 | Operating |
| 1071 | U.S. | Soundview | Putney | Putney | VT | 05346 | Operating |
| 1439 | Can. | BD White Birch | Stadacona | Quebec City | QC | G1K 7H9 | Operating |
| 1440 | Can. | Simkins | Glassine | Quebec City | QC | G1J 5L6 | Operating |
| 1055 | U.S. | International Paper Co | Texarkana | Queen City | TX | 75504 | Operating |
| 1287 | Can. | West Fraser | Cariboo | Quesnel | BC | V2J 3J6 | Operating |
| 1288 | Can. | West Fraser | Quesnel | Quesnel | BC | V2J 6A1 | Operating |
| 0947 | U.S. | Cascades | Ransom | Ransom | PA | 18640 | Operating |
| 0962 | U.S. | Interstate Resources | Reading United Corrstack | Reading | PA | 19602 | Operating |
| 0948 | U.S. | Sealed Air | Sealed Air Reading | Reading | PA | 19602 | Operating |
| 0553 | U.S. | International Paper Co | IP Vicksburg | Redwood | MS | 39181 | Operating |
| 1192 | U.S. | Expera | Rhinelander | Rhinelander | WI | 54501 | Operating |
| 0221 | U.S. | Interstate Resources | Riceboro | Riceboro | GA | 31323 | Operating |
| 1096 | U.S. | Sonoco | Richmond Mill | Richmond | VA | 23209 | Operating |
| 0760 | U.S. | International Paper Co | Riegelwood | Riegelwood | NC | 28456 | Operating |
| 0222 | U.S. | Georgia-Pacific Corp | Savannah River | Rincon | GA | 31326-0828 | Operating |
| 1443 | Can. | BD White Birch | Riviere-du-Loup | Rivière-du-Loup | QC | G5R 3Z1 | Operating |
| 0761 | U.S. | KapStone | Roanoke Rapids KS | Roanoke Rapids | NC | 27870 | Operating |
| 0952 | U.S. | Appvion | Roaring Spring | Roaring Spring | PA | 16673 | Operating |

| 0724 | U.S. | Flower City | Flower City Rochester | Rochester | NY | 14613-0497 | Operating |
| 0605 | U.S. | Lydall | Lydall Rochester | Rochester | NH | 03866 | Operating |
| 0725 | U.S. | Cottrell | Rock City Falls | Rock City Falls | NY | 12863 | Operating |
| 0764 | U.S. | Cascades | Rockingham | Rockingham | NC | 28379 | Operating |
| 0223 | U.S. | International Paper Co | Rome | Rome | GA | 30162-1551 | Operating |
| 1193 | U.S. | Domtar | Rothschild | Rothschild | WI | 54474 | Operating |
| 0386 | U.S. | Catalyst | Rumford | Rumford | ME | 04276 | Operating |
| 0359 | U.S. | KPAQ | St. Francisville | Saint Francisville | LA | 70775 | Operating |
| 0898 | U.S. | Cascades | St. Helens | Saint Helens | OR | 97051 | Operating |
| 1322 | Can. | J.D. Irving | Reversing Falls | Saint John | NB | E2M 3H1 | Operating |
| 1324 | Can. | J.D. Irving | Saint John | Saint John | NB | E2L 4K9 | Operating |
| 1072 | U.S. | Weidmann | St. Johnsbury | Saint Johnsbury | VT | 05819 | Operating |
| 0529 | U.S. | WestRock | Saint Paul | Saint Paul | MN | 55164 | Operating |
| 1445 | Can. | Rolland | Saint Jerome Rolland | Saint-Jérôme | QC | J7Z 5V6 | Operating |
| 0105 | U.S. | Georgia-Pacific Corp | San Leandro | San Leandro | CA | 94577 | Operating |
| 0193 | U.S. | Atlas Southeast | Sanford | Sanford | FL | 32771 | Operating |
| 0107 | U.S. | Caraustar | California Paperboard | Santa Clara | CA | 95052 | Operating |
| 0108 | U.S. | Graphic Pkg | Santa Clara | Santa Clara | CA | 95050 | Operating |
| 0226 | U.S. | International Paper Co | IP Savannah | Savannah | GA | 31402 | Operating |
| 1359 | Can. | Atlantic Pkg | Scarborough | Scarborough | ON | M1P 2Y9 | Operating |
| 1380 | Can. | Atlantic Pkg | Atlantic | Scarborough | ON | M1P 2Y9 | Operating |
| 1309 | Can. | Cascades | Scarborough Tissue | Scarborough | ON | M1P 2Y9 | Operating |
| 0019 | U.S. | International Paper Co | Riverdale | Selma | AL | 36702 | Operating |
| 1247 | U.S. | Maryland Paper | Shafter Mill | Shafter | CA | 93263 | Operating |
| 1194 | U.S. | Little Rapids | Shawano | Shawano | WI | 54166 | Operating |
| 0216 | U.S. | Clearwater | Shelby | Shelby | NC | 28150 | Operating |
| 1073 | U.S. | WestRock | Missisquoi | Sheldon Springs | VT | 05485 | Operating |
| 1394 | Can. | Kruger | Bromptonville | Sherbrooke | QC | J0B 1H0 | Operating |
| 1405 | Can. | Kruger | Lennoxville | Sherbrooke | QC | J1M 1Z4 | Operating |
| 0362 | U.S. | Visy | Shreveport | Shreveport | LA | 71115 | Operating |
| 1042 | U.S. | WestRock | Evadale | Silsbee | TX | 77656 | Operating |
| 0387 | U.S. | Sappi | Somerset | Skowhegan | ME | 04976 | Operating |
| 1260 | Can. | West Fraser | Slave Lake | Slave Lake | AB | T0G 2A0 | Operating |
| 0726 | U.S. | SCA | South Glens Falls SCA | South Glens Falls | NY | 12803 | Operating |

| 0450 | U.S. | Onyx | South Lee | South Lee | MA | 01260 | Operating |
|---|---|---|---|---|---|---|---|
| 1124 | U.S. | Inland Empire | Spokane | Spokane | WA | 99212-2099 | Operating |
| 0642 | U.S. | SWM | Spotswood | Spotswood | NJ | 08884 | Operating |
| 0953 | U.S. | Glatfelter | Spring Grove | Spring Grove | PA | 17362 | Operating |
| 0899 | U.S. | International Paper Co | Springfield | Springfield | OR | 97477 | Operating |
| 1362 | Can. | Dunn Paper | St. Catharines | St. Catharines | ON | L2T 1J4 | Operating |
| 1447 | Can. | Resolute | St. Félicien | St. Felicien | QC | G8K 2R6 | Operating |
| 0665 | U.S. | Visy | Staten Island | Staten Island | NY | 10314 | Operating |
| 1197 | U.S. | Neenah | Whiting Neenah | Stevens Point | WI | 54481 | Operating |
| 1196 | U.S. | Verso | Stevens Point | Stevens Point | WI | 54481 | Operating |
| 0020 | U.S. | WestRock | Stevenson | Stevenson | AL | 35772 | Operating |
| 1126 | U.S. | Sonoco | Sumner | Sumner | WA | 98390 | Operating |
| 0767 | U.S. | Jackson Paper | Sylva | Sylva | NC | 28779 | Operating |
| 0738 | U.S. | WestRock | Solvay | Syracuse | NY | 13204-1035 | Operating |
| 1127 | U.S. | Caraustar | Tacoma Paperboard | Tacoma | WA | 98421-1999 | Operating |
| 1128 | U.S. | WestRock | Tacoma | Tacoma | WA | 98401 | Operating |
| 0306 | U.S. | Caraustar | Tama | Tama | IA | 52339 | Operating |
| 1291 | Can. | Canfor Pulp | Taylor | Taylor | BC | V0C 2K0 | Operating |
| 1003 | U.S. | Caraustar | Greer | Taylors | SC | 29652 | Operating |
| 0267 | U.S. | Ahlstrom | Taylorville | Taylorville | IL | 62568 | Operating |
| 1387 | Can. | Tembec | Temiscaming Specialty | Temiscaming | QC | J0Z 3R0 | Operating |
| 1449 | Can. | Tembec | Temcell | Temiscaming | QC | J0Z 3R0 | Operating |
| 1453 | Can. | Tembec | Temiscaming Temboard | Temiscaming | QC | J0Z 3R0 | Operating |
| 1364 | Can. | Aditya Birla | Terrace Bay | Terrace Bay | ON | P0T 2W0 | Operating |
| 1301 | Can. | Tolko | The Pas | The Pas | MB | R9A 1L4 | Operating |
| 1368 | Can. | Resolute | Thorold | Thorold | ON | L2V 3Z5 | Operating |
| 1371 | Can. | Resolute | Resolute Thunder Bay | Thunder Bay | ON | P7E 6S3 | Operating |
| 1451 | Can. | Fortress | Thurso | Thurso | QC | J0X 3B0 | Operating |
| 0728 | U.S. | International Paper Co | Ticonderoga | Ticonderoga | NY | 12883 | Operating |
| 0606 | U.S. | 3M | Tilton | Tilton | NH | 03276 | Operating |
| 0902 | U.S. | Georgia-Pacific Corp | Toledo | Toledo | OR | 97391 | Operating |
| 1200 | U.S. | Packaging Corp of America | Tomahawk PCA | Tomahawk | WI | 54487 | Operating |
| 1374 | Can. | J.D. Irving | Toronto JD | Toronto | ON | M6M 4Y4 | Operating |
| 0818 | U.S. | Valley Converting | Toronto Valley | Toronto | OH | 43964 | Operating |

| 1376 | Can. | Norampac | Trenton | Trenton | ON | K8V 5R8 | Operating |
|------|------|----------|---------|---------|-----|---------|-----------|
| 1377 | Can. | Sonoco | Trent Valley | Trenton | ON | K8V 5R8 | Operating |
| 1397 | Can. | Kruger | Wayagamack | Trois-Rivières | QC | G9A 5E9 | Operating |
| 1454 | Can. | Kruger | Trois-Rivières | Trois-Rivières | QC | G9A 5P6 | Operating |
| 0452 | U.S. | Southworth | Turners Falls | Turners Falls | MA | 01376 | Operating |
| 1249 | U.S. | Maryland Paper | Tuscaloosa Mill | Tuscaloosa | AL | 35401 | Operating |
| 0956 | U.S. | Team Ten | Tyrone | Tyrone | PA | 16686 | Operating |
| 0147 | U.S. | WestRock | Uncasville | Uncasville | CT | 06382 | Operating |
| 0819 | U.S. | Weidmann | Howard | Urbana | OH | 43078 | Operating |
| 1130 | U.S. | Resolute | Usk | Usk | WA | 99180 | Operating |
| 1321 | Can. | J.D. Irving | Lake Utopia | Utopia | NB | E0G 2Y0 | Operating |
| 0228 | U.S. | Packaging Corp of America | Valdosta | Valdosta | GA | 31603-1048 | Operating |
| 0838 | U.S. | International Paper Co | Valliant | Valliant | OK | 74764 | Operating |
| 0285 | U.S. | Visy | Valparaiso Mill | Valparaiso | IN | 46383 | Operating |
| 0755 | U.S. | International Paper Co | New Bern | Vanceboro | NC | 28563-1391 | Operating |
| 0118 | U.S. | PABCO | Vernon PABCO | Vernon | CA | 90058 | Operating |
| 0294 | U.S. | PaperWorks | Wabash | Wabash | IN | 46992 | Operating |
| 1131 | U.S. | Packaging Corp of America | Wallula PCA | Wallula | WA | 99363 | Operating |
| 0230 | U.S. | Paper-Pak | Washington | Washington | GA | 30673 | Operating |
| 0736 | U.S. | Knowlton | Watertown | Watertown | NY | 13601 | Operating |
| 1204 | U.S. | Gusmer | Waupaca | Waupaca | WI | 54981 | Operating |
| 1027 | U.S. | Hood Container | New Johnsonville | Waverly | TN | 37134 | Operating |
| 0454 | U.S. | Hollingsworth&Vose | West Groton | West Groton | MA | 01472 | Operating |
| 0903 | U.S. | West Linn | West Linn Paper | West Linn | OR | 97068 | Operating |
| 0934 | U.S. | National Gypsum | Milton NGC | West Milton | PA | 17847 | Operating |
| 0360 | U.S. | Graphic Pkg | West Monroe GPK | West Monroe | LA | 71294-5800 | Operating |
| 1099 | U.S. | WestRock | West Point | West Point | VA | 23181 | Operating |
| 0390 | U.S. | Sappi | Westbrook | Westbrook | ME | 04098-1597 | Operating |
| 1378 | Can. | Atlantic Pkg | Whitby | Whitby | ON | L1N 9E1 | Operating |
| 1308 | Can. | Cascades | Whitby Tissue | Whitby | ON | L1N 9E1 | Operating |
| 0507 | U.S. | Artistic Carton | White Pigeon | White Pigeon | MI | 49099 | Operating |
| 1257 | Can. | Alberta Newsprint | Whitecourt Alberta | Whitecourt | AB | T7S 1P9 | Operating |
| 1256 | Can. | Millar | Whitecourt | Whitecourt | AB | T7S 1N9 | Operating |
| 0554 | U.S. | Dunn Paper | Wiggins | Wiggins | MS | 39577 | Operating |

| 1246 | U.S. | Maryland Paper | Williamsport Mill | Williamsport | MD | 21795 | Operating |
| 1456 | Can. | Domtar | Windsor | Windsor | QC | J1S 2L9 | Operating |
| 0149 | U.S. | Windsor Stevens | Poquonock | Windsor | CT | 06064 | Operating |
| 0150 | U.S. | Ahlstrom | Windsor Locks | Windsor Locks | CT | 06096 | Operating |
| 1205 | U.S. | Catalyst | Biron | Wisconsin Rapids | WI | 54495-8050 | Operating |
| 1203 | U.S. | Corenso | Corenso Wisconsin Rapid | Wisconsin Rapids | WI | 54495 | Operating |
| 1207 | U.S. | Verso | Wisconsin Rapids | Wisconsin Rapids | WI | 54495-8050 | Operating |
| 0361 | U.S. | Georgia-Pacific Corp | Port Hudson | Zachary | LA | 70791 | Operating |