IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRIOSIM CORPORATION,**

    Plaintiff,

VS.                                                 **CAUSE NO: 4:20-cv-00395-LPR**

**A DALE DRAKE,**

    Defendant.

## FINAL JUDGMENT

Pursuant to the Orders entered today, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is ENTERED IN FAVOR of Triosim Corporation to the extent set forth in the Agreed Final Order. All other claims or portions of claims are DISMISSED with prejudice.

SO ORDERED:

This, the 4th day of November, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE